Wheel A.

ORIGIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :

    - v. -                       :     NOTICE OF INTENT TO
                                       FILE AN INFORMATION
MICHAEL MANNION and              :
KENNETH HOFFMAN,                       13 Cr. CRIM 075
                                 :
           Defendants.      :

- - - - - - - - - - - - - x

        Please take notice that the United States Attorney's Office will file an Information upon the defendants' waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          January 15, 2013

                               PREET BHARARA
                               United States Attorney

            By:    _____
                 Tatiana R. Martins
                 Assistant United States Attorney

            AGREED AND CONSENTED TO:

            By:    _____
                 Jonathan Marks, Esq.
                 Attorney for MICHAEL MANNION

            By:    _____
                 Richard Jasper, Esq.
                 Attorney for KENNETH HOFFMAN

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 1/16/13