# UNITED STATES DISTRICT COURT
for the
SOUTHERN District of NEW YORK.

United States of America )
v. )
KENNETH HOFFMAN )   Case No. 12 M 2582
_Defendant_ )
)

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

_____
_Defendant's signature_

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/13

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

_____
_Defendant's signature_

The United States consents to the jury-trial waiver: _____
_Government representative's signature_

_____
_Government representative's printed name and title_

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

_____
_Defendant's signature_

_____                        _____
_Printed name of defendant's attorney (if any)_         _Signature of defendant's attorney (if any)_

Date: 1/28/13        Approved by: James C. Francis IV
                                  _Magistrate Judge's signature_